IN THE UNITED STATES DISTRICT COURT FOR
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:23-cr-00111 |
| | ) | |
| STEVEN RAWLINS | ) | JUDGE CAMPBELL |

## ORDER

The revocation hearing scheduled for February 15, 2024, is CONTINUED to March 21, 2024, at 11:00 a.m.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE