# UNITED STATES DISTRICT COURT

**MIDDLE** DISTRICT OF **TENNESSEE**

USA

V.

STEVEN RAWLINS

## EXHIBIT AND WITNESS LIST

Case Number: 3:23-cr-00111

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William L. Campbell, Jr. | Carrie Daughtrey | Joshua Brand |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| May 20, 2024 Revocation Hearing | Patty Jennings | Angie Brewer |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 5/20/2024 | | X | DOJ Financial Statement |
| 2 | | | | X | Online Rental Receipts |
| 3 | | | | X | Online Rental Receipts |
| 4 | | | | X | Utilities Payment History |
| 5 | | | | X | Credit Card Statement (DF's Mothers) |
| 6 | | | | X | Truist Credit Cart Statement |
| | 1 | | | X | US Courts Payment Report |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages