# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | NO. 3:23-cr-00111 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| ) | |
| STEVEN RAWLINS ) | |

## ORDER

Pending before the Court is Defendant's Pro Se Motion for Early Termination of Probation. (Doc. No. 23), which the Court construes as a motion for early termination of Defendant's supervised release. However, Defendant is represented by counsel in this case. Any motion or request for relief that Defendant wishes the Court to consider shall be filed by Defendant's counsel. Accordingly, Defendant's motion (Doc. No. 23) is **DENIED** without prejudice to refiling by Defendant's counsel of record.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE